United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>D. C. THOMAS,<br><br>        Defendant. | Case No. 21-cv-07136-PJH<br><br>**ORDER**<br><br>Re: Dkt. No. 26 |

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff has filed a motion to compel and defendant has filed a motion for an extension to file a dispositive motion.

GOOD CAUSE APPEARING, it is hereby ordered that defendant's request for an extension of time (Docket No. 26) is **GRANTED** and defendant shall file a dispositive motion by **August 8, 2022**. Defendant shall file a response to the motion to compel by **June 6, 2022**.

**IT IS SO ORDERED.**

Dated: May 23, 2022

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2021\2021_07136_Lopez_v_Thomas_(PSP)\21-cv-07136-PJH-ord3.docx