UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>D. C. THOMAS,<br><br>        Defendant. | Case No. 21-cv-07136-PJH<br><br>**JUDGMENT** |

Pursuant to the order granting summary judgement, this case is dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: January 20, 2023

                                              **/s/ Phyllis J. Hamilton**
                                              PHYLLIS J. HAMILTON
                                              United States District Judge

\\candoak.cand.circ9.dcn\data\users\PJHALL\_psp\2021\2021_07136_Lopez_v_Thomas_(PSP)\21-cv-07136-PJH-jud.docx